1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   DIONTAE JOHAN DUNCAN,                 Case No. 1:20-cv-01288-AWI-SKO (PC)

12              Plaintiff,                 **FINDINGS AND RECOMMENDATIONS
                                           TO DENY PLAINTIFF'S MOTION FOR
13        v.                               DEFAULT JUDGMENT**

14   CALIFORNIA HEALTHCARE
     RECEIVERSHIP CORP., et al.,           (Doc. 11)
15
                Defendants.                14-DAY DEADLINE
16

17        Plaintiff has filed a motion for a default judgment. (Doc. 11.) Plaintiff is appearing *pro se*

18   and *in forma pauperis* and his complaint is subject to screening. The Court has not yet screened

19   the complaint and no defendants have appeared in this action.

20        As explained in the Court's First Informational Order, per 28 U.S.C. § 1915A, the Court is

21   required to screen complaints brought by prisoners seeking relief against a governmental entity or

22   an officer or employee of a governmental entity. (Doc. 5 at 3.) A *pro se* plaintiff may not proceed

23   with such a legal action until the Court screens the plaintiff's complaint and finds that it states a

24   cognizable claim for relief. (*Id.*) Because Plaintiff is a prisoner appearing *pro se* and sues

25   governmental entities, his complaint is subject to screening and he may not proceed in this case

26   until the screening is complete. If the Court finds that the complaint states a cognizable claim for

27   relief, it will direct service on the appropriate defendants at that time. (*See id.*)

28   ///

Based on the foregoing, the Court RECOMMENDS that Plaintiff's motion for a default judgment be DENIED as premature. These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 27, 2020**                          /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE