UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>Defendants. | Case No. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF AS MOOT**<br><br>(Doc. 37) |

On August 5, 2021, Plaintiff filed a motion to confirm that the Court received his response to an order to show cause issued on July 20, 2021.[1] (Doc. 37.) However, on August 2, 2021, the Court discharged the order to show cause. (Doc. 36.) Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:  **August 9, 2021**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The motion is erroneously titled a motion to compel. (Doc. 37.)