UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>Defendants. | Case No. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF AS MOOT AND DUPLICATIVE**<br><br>(Doc. 39) |

On August 5, 2021, Plaintiff filed a motion to confirm that the Court received his response to an order to show cause issued on July 20, 2021. (Doc. 37.) The Court denied the motion as moot on August 9, 2021. (Doc. 38.)

Plaintiff has filed a second motion to confirm that the Court received his response to the order to show cause. (Doc. 39.) The Court DENIES the motion as moot and duplicative. As stated in its prior order, the Court discharged the order to show cause on August 2, 2021. (Doc. 36.)

IT IS SO ORDERED.

Dated: __**August 12, 2021**__         /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE