# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIONTAE JOHAN DUNCAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,**<br><br>**Defendants.** | CASE NO. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S FOURTH AND FIFTH MOTIONS FOR A TEMPORARY RESTRAINING ORDER**<br><br>(Doc. Nos. 28, 30 & 43) |

Plaintiff Diontae Johan Duncan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On December 3, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's fourth and fifth motions for temporary a restraining order (Doc. Nos. 28 & 30) be denied. Doc. No. 43. The magistrate judge found that "Plaintiff's requests to be released from administrative segregation at Kern Valley State Prison [KVSP] were . . . mooted when he transferred to [Substance Abuse Treatment Facility and State Prison, Corcoran]." Id. at 2. The findings and recommendations were served on Plaintiff and provided him twenty-one days to file objections thereto. Id. Plaintiff filed objections on December 16, 2021. Doc. No. 44.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. In his objections, Plaintiff raises a number of claims unrelated to those raised in his motions for a

temporary restraining order.  Compare Doc. Nos. 28 & 30, with Doc. No. 44.  However, Plaintiff does not meaningfully dispute that the requests for relief he makes in his motions—to be released from administrative segregation at KVSP—were mooted when he transferred to a different prison.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 43) that were issued on December 3, 2021, are ADOPTED in full; and
2. Plaintiff's fourth and fifth motions for a temporary restraining order (Doc. Nos. 28 & 30) are DENIED.

IT IS SO ORDERED.

Dated:   December 20, 2021            _____
                                      SENIOR DISTRICT JUDGE