UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>            Defendants. | Case No. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EARLY SETTLEMENT CONFERENCE AS MOOT**<br><br>(Doc. 50) |

On April 18, 2022, Plaintiff filed "'Objections to Magistrates Judge Findings and Recommends. [Also] Moved to another address. Change of Address. *Request to Compel early settlement due Post COVID-19 Terminal Status*.'" (Doc. 50, quotations & brackets in original, italics added.)[1]

Plaintiff's document, including his request for an early settlement conference, is dated April 17, 2022. (Doc. 50 at 8.) Therefore, Plaintiff would not yet have received service of the Court's April 19, 2022, Order denying his previous request for an early settlement conference. (Doc. 49.) Plaintiff's April 17, 2002, request is duplicative of his April 14, 2022, request.

//

---

[1] Plaintiff's Objections to the undersigned's Findings and Recommendations issued April 8, 2022 (Doc. 47) will be considered by District Judge Anthony W. Ishii in due course.

Accordingly, for the reasons set forth in the Court's Order Regarding Plaintiff's Response and Denial of Request for Early Settlement Conference (Doc. 49 at 2-4), Plaintiff's more recent request for early settlement conference (Doc. 50) is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __**April 21, 2022**__                                        /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE