UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>    Defendants. | No. 1:20-cv-01288-AWI-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S SIXTH MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 47) |

  Plaintiff Diontae Johan Duncan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 8, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's sixth motion for temporary restraining order (Doc. No. 42) be denied. (Doc. No. 47.) The findings and recommendations were served on Plaintiff and provided him 14 days to file objections thereto. (*Id*.) Plaintiff filed objections on April 18, 2022.[1] (Doc. No. 50.)

//

---

[1] Plaintiff's objections are made simultaneous with a "Request to Compel early settlement" that will be separately addressed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 8, 2022 (Doc. No. 47) are ADOPTED in full; and,

2. Plaintiff's sixth motion for temporary restraining order (Doc. No. 42) is DENIED.

IT IS SO ORDERED.

Dated:   June 10, 2022                                                                                       
                                          SENIOR DISTRICT JUDGE