UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>　　　　Defendants. | No. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S EIGHTH AND NINTH MOTIONS FOR TEMPORARY RESTRAINING ORDER**<br><br>(Doc. No. 64) |

Plaintiff Diontae Johan Duncan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 3, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's eighth and ninth motions (Doc. Nos. 57 & 61) for temporary restraining order be denied. (*See* Doc. No. 64.) Plaintiff filed objections on August 19, 2022. (Doc. No. 66.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 3, 2022 (Doc. No. 64) are ADOPTED in full;
2. Plaintiff's eighth motion for temporary restraining order (Doc. No. 57) is DENIED; and
3. Plaintiff's ninth motion for temporary restraining order (Doc. No. 61) is DENIED.

IT IS SO ORDERED.

Dated:   December 1, 2022

SENIOR DISTRICT JUDGE