UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>   Defendants. | No. 1:20-cv-01288-AWI-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S TENTH AND ELEVENTH MOTIONS FOR TEMPORARY RESTRAINING ORDER**<br><br>(Doc. No. 68) |

Plaintiff Diontae Johan Duncan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 30, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's tenth and eleventh motions (Doc. Nos. 65 & 67) for temporary restraining order be denied. (*See* Doc. No. 68.) Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 30, 2022 (Doc. No. 68) are ADOPTED in full;
2. Plaintiff's tenth motion for temporary restraining order (Doc. No. 65) is DENIED; and
3. Plaintiff's eleventh motion for temporary restraining order (Doc. No. 67) is DENIED.

IT IS SO ORDERED.

Dated: January 11, 2023

SENIOR DISTRICT JUDGE

2