UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01288-ADA-SKO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING ON BEHALF OF ALL DEFENDANTS**<br><br>(Doc. 98) |

Plaintiff Diontae Johan Duncan is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Marciel, Gallienne, Grewal, Taylor, and Jane Does #1 and #2.

**I.　　RELEVANT PROCEDURAL BACKGROUND**

On June 6, 2023, this Court issued its Order Finding Service Appropriate, directing service of process of Plaintiff's second amended complaint through the Court's e-service pilot program. (Doc. 81.)

On July 20, 2023, the Court granted the California Department of Corrections and Rehabilitation's ("CDCR") motion for a 14-day extension of time within which to advise the

1   Court whether personal service was to be waived as to Defendants. (Doc. 86.) That same date, the
2   CDCR filed a notice of intent to waive service of process regarding Defendant Marciel and
3   Taylor (Doc. 87) and a notice of intent *not* to waive service concerning Defendants Gallienne and
4   Grewal (then identified as W. Gerderal III and G. Graywall) (Doc. 88).
5         Following receipt of information submitted by Plaintiff on August 10, 2023, the Court
6   issued its Order Finding Re-Service Appropriate as to Certain Defendants on August 17, 2023.
7   (Doc. 92.)
8         On September 12, 2023, the CDCR filed a notice of intent to waive service concerning
9   Defendants Grewal and Gallienne. (Doc. 97.)
10        On September 15, 2023, the Attorney General's Office filed a motion for a 60-day
11  extension of time to file a responsive pleading. (Doc. 98.)

12  **II.   DISCUSSION**

13        In their motion, Defendants Marciel and Taylor seek a 60-day extension of time within
14  which to file a responsive pleading. (Doc. 98.) Defense counsel states she represents Marciel and
15  Taylor in this action and has substantially completed a responsive pleading on their behalf. (*Id.* at
16  3, ¶ 5.) Defense counsel notes the Attorney General's Office does not currently represent
17  Defendants Gallienne and Grewal, but is in the process of determining whether it will represent
18  these individuals. (*Id.* at 3, ¶ 1.) The responsive pleading on behalf of Marciel and Taylor is due
19  to be filed September 18, 2023, but on September 12, 2023, the CDCR filed notice of intent to
20  waive service of process regarding Defendants Gallienne and Grewal. (*Id.* at 3, ¶¶ 1, 6.) The
21  responsive pleading on behalf of Gallienne and Grewal is due November 11, 2023. (*Id.*) Defense
22  counsel asserts a 60-day extension of time, up to and including November 17, 2023, would allow
23  counsel time to determine whether the Attorney General's Office will "undertake representation
24  of Defendants Gallienne III and Grewal and allow all Defendants to have a single responsive
25  pleading deadline." (*Id.* at 3, ¶ 7.) Defendant counsel states the extension will not prejudice
26  Plaintiff, nor significantly delay this action. (*Id.* at 3, ¶ 8.) Finally, defense counsel states the
27  request is made in good faith, and not for the purpose of delay, harassment, or any improper
28  reason. (*Id.* at 3, ¶ 10.)

The Court will extend the deadline for the filing of a responsive pleading by all Defendants. *See FTC v. Gill*, 265 F.3d 944, 954-55 (9th Cir. 2001) (noting district court's broad discretion to control its docket and set deadlines).

### III.  CONCLUSION AND ORDER

For good cause shown, the request for an extension of time to file a single responsive pleading is **GRANTED**. Defendants Marciel, Taylor, Gallienne and Grewal shall file a responsive pleading **no later than November 17, 2023**.

IT IS SO ORDERED.

Dated:   **September 18, 2023**           /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE