UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>Defendants. | Case No. 1:20-cv-01288-NODJ-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR DEFENDANTS' FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION** |

Plaintiff Diontae Johan Duncan is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On December 6, 2023, Plaintiff filed a document titled "Motion-Regarding an error done by the court. Regarding the identification of two defendants and the waiver of service of these two defendants." (Doc. 109.)

The Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide, "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Pursuant to Local Rule 230(*l*), any opposition "to the granting of [a] motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect …."

Because Plaintiff filed and served his motion on December 6, 2023, any opposition or statement of non-opposition by Defendants was due to be filed no later than December 27, 2023. Although more than 21 days have passed, Defendants have failed to file either an opposition or statement of non-opposition to Plaintiff's motion.

Accordingly, the Court **ORDERS** Defendants to show cause in writing, **within 7 days** of the date of service of this order, why sanctions should not be imposed for their failure to comply with the Local Rules. Alternatively, within that same time, Defendants may file an opposition or statement of non-opposition to Plaintiff's motion filed December 6, 2023.

IT IS SO ORDERED.

Dated:   **January 3, 2024**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE