UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01288-NODJ-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 110) |

　　　Plaintiff Diontae Johan Duncan is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　On January 3, 2024, the Court issued its Order to Show Cause ("OSC") Why Sanctions Should Not Be Imposed for Defendants' Failure to File an Opposition or Statement of Non-Opposition. (Doc. 110.)

　　　On January 9, 2024, Defendants filed an opposition to Plaintiff's motion filed December 6, 2023. (Doc. 111.)

　　　Accordingly, **IT IS HEREBY ORDERED** that the OSC issued January 3, 2024 (Doc. 110) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**January 10, 2024**__　　　　　　　　__/s/ *Sheila K. Oberto*__

UNITED STATES MAGISTRATE JUDGE

2