UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAE JOHAN DUNCAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA HEALTHCARE RECEIVERSHIP CORP., et al.,<br><br>  Defendants. | Case No.: 1:20-cv-01288-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 133 |

Plaintiff Diontae Johan Duncan is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 15, 2025, the Court issued an Order Adopting Findings and Recommendations to Dismiss Certain Defendant After Screening of Plaintiff's Third Amended Complaint. Doc. 129. The order was served on plaintiff at his address on record with the Court, but the order was returned as undeliverable. The assigned magistrate judge issued an order on October 15, 2025, which was served at plaintiff's address of record and was also later returned as undeliverable. Doc. 132.

On November 21, 2025, the magistrate judge issued findings and recommendations to dismiss this action without prejudice for plaintiff's failure to obey Local Rules and failure to

prosecute. Doc. 133. Specifically, the magistrate judge found plaintiff has failed to keep this Court apprised of his current address, noting the United States Postal Service had recently returned mail marked undeliverable following service to plaintiff. *Id*. at 2–6. The findings and recommendations were served to plaintiff at his address of record. Objections were to be filed within fourteen days of service. *Id*. at 6-7. No objections have been filed and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued November 21, 2025, Doc. 133, are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to obey the Local Rules and failure to prosecute; and
3. The Clerk of the Court is directed to close this case and terminate any deadlines.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE

2